PKC:PT
F.# 2009R01901

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

ANTON GINZBURG,

    Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 11 CR 432 (SJ)
(T. 31, U.S.C., §§ 5314,
and 5322(a); T. 18,
U.S.C., §§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

1. At all times relevant to this Information:

    a. Pursuant to Title 31, Code of Federal Regulations, Sections 103.24, 103.27(c), 103.27(d) and 103.59(b), citizens and residents of the United States who had a financial interest in, or signature authority over, a bank, securities and other financial account in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to file with the United States Department of the Treasury a Report of Foreign Bank and Financial Accounts on Form TD-F 90-22.1 (the "FBAR").

    b. The FBAR for a given year was due by June 30 of the following year.

2. During the calendar year 2007, the defendant ANTON GINZBURG, a resident of Nassau County, had a financial interest in, and signature and other authority over, one or more financial

accounts, having an aggregate value exceeding $10,000, at UBS AG, a bank in Switzerland.

### WILLFUL FAILURE TO FILE REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

3. On or before June 30, 2008, the defendant ANTON GINZBURG did knowingly and willfully fail to file with the United States Department of the Treasury a Report of Foreign Financial and Bank Accounts on Form TD-F 90-22.1, disclosing that he had a financial interest in, and signature and other authority over, a bank, securities and other financial account in a foreign country, to wit: a Swiss bank account at UBS AG, which account had an aggregate value of more than $10,000 during the year 2007.

(Title 31, United States Code, Sections 5314 and 5322(a); Title 18, United States Code, Sections 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK